**No. 10-9450. Vance Marcel Gibson, Petitioner v. United States.**

563 U.S. 949, 131 S. Ct. 2124, 179 L. Ed. 2d 915, 2011 U.S. LEXIS 2830.

April 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 396 Fed. Appx. 930.